UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE RED,

    Petitioner,

  v.

RON DAVIS, Warden,

    Respondent.

Case No. 17-cv-04369-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Granting Petitioner Leave to Proceed *In Forma Pauperis*; and Dismissing Petition as Successive,

IT IS ORDERED AND ADJUDGED

That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

IT IS SO ORDERED.

Dated: August 10, 2017

YVONNE GONZALEZ ROGERS
United States District Judge